Order issued September 19 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00921-CV

**AMERIPLAN CORPORATION, DANIEL BLOOM, AND DENNIS BLOOM, Appellants**

**V.**

**DAVID PIAZZA AND STEPHANIE PIAZZA, Appellees**

## ORDER

The Court has before it appellants' September 14, 2012 second unopposed motion for extension of time to file appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by October 1, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE